IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER,

                Plaintiff,              Case No. 3:02 CV 1229

    -vs-

                                                JUDGMENT ENTRY

ALAN ELAM,

                Defendant.

KATZ, J.

       This matter is before the Court on the issue of damages relative to the default judgment entered by the Court in the above-captioned action on March 18, 2005 (Doc. No. 21).  Plaintiff filed his response to this Court's Show Cause Order of July 14, 2005 and has submitted his affidavit in support of damages.

       For the reasons stated in the Order of March 18, 2005 and upon consideration of Plaintiff's affidavit in support (Doc. No. 24), IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is granted for Plaintiff and against Defendant Alan Elam in the amount of One Million, Two Hundred Seventy-Five Thousand and Six Hundred and Sixty-Eight Dollars ($1,275,668.00).

                                                      s/ David A. Katz
                                                      DAVID A. KATZ
                                                      SENIOR ISTRICT JUDGE